IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TRACY GOREA,<br>on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | Judge Mays<br>Magistrate-Judge Pham<br><br>Case No: 05-CV-2425 |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT AND TO RESPOND TO MOTION FOR CLASS CERTIFICATION

This matter came before the Court on the motion of Defendant The Gillette Company ("Gillette") for an extension of time to move, answer, or otherwise respond to Plaintiff's Complaint and to respond to Plaintiff's Motion for Class Certification. The Court finds that Gillette's Motion is well-taken and, good cause appearing, is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Defendant Gillette shall have an extension through and including August 5, 2005 to move, answer, or otherwise respond to Plaintiff's Complaint and to respond to Plaintiff's Motion for Class Certification.

Dated:  June 30, 2005

_____
**U.S. MAGISTRATE-JUDGE PHAM**

1124083.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 𝟣𝟢-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02425 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Rob Harvey
STITES & HARBISON PLLC
424 Church Street
Eighteenth Floor
Nashville, TN 37219

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT