IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY **Cg** D.C.

05 AUG -1 PM 2: 21

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| TRACY GOREA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. <u>05-2425-Ma/P</u> |
| | ) |
| THE GILLETTE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT AND RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

For good cause shown, the court hereby extends the time for defendant to answer or respond to the complaint and respond to plaintiffs' motion for class certication until after the court rules on defendant's pending motion to stay.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 1, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on **8-3-05**

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02425 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Rob Harvey
Waller Lansden Dortch & Davis
511 Union Street
Nashville, TN 37219

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT