IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TRACY GOREA, ON BEHALF OF HIMSELF
AND ALL SIMILARLY SITUATED PERSONS
AND ENTITIES,

    Plaintiff,

VS.                      NO. 05-2425-Ma

THE GILLETTE COMPANY,

    Defendant.

ORDER GRANTING MOTION TO WITHDRAW

Before the court is the November 10, 2005, motion of William F. Burns and Frank L. Watson, III, and the firm of Watson Burns, PLLC, to withdraw as counsel for plaintiff Tracy Gorea and all putative class members. For good cause shown, the firm of William F. Burns and Frank L. Watson, III, and the firm of Watson Burns, PLLC, are allowed to withdraw.

Murray B. Wells, and the firm of Horne & Wells, PLLC, will continue to represent the plaintiffs.

It is so ORDERED this 21st day of November, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02425 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Robb S. Harvey
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT