CERTIFIED TRUE COPY

NOV 18 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1704

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 27, 2005, the Panel transferred one civil action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Douglas P. Woodlock.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 27, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Douglas P. Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 18 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1704
## IN RE M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 05-1062 | Mark Adkison v. The Gillette Co. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-4116 | Carlos Corrales v. The Gillette Co. |
| CAC 2 05-5022 | David Lipper v. The Gillette Co. |
| CAC 2 05-5024 | Matthew Marr v. The Gillette Co. |
| CAC 2 05-5431 | L. Dean Smith, Jr. v. The Gillette Co. |
| CAC 2 05-6212 | Kasem Adoure v. The Gillette Co. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-2883 | Michael Pruitt v. The Gillette Co. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-1506 | Luis Gonzalez v. The Gillette Co. |
| **CONNECTICUT** | |
| CT 3 05-1534 | Lisa Geis v. The Gillette Co. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4278 | Greg Besinger, et al. v. The Gillette Co. |
| **MARYLAND** | |
| MD 8 05-2204 | Evan Rosenthal v. The Gillette Co. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1150 | Elvis Huskic v. The Gillette Co. |
| **NEW JERSEY** | |
| NJ 2 05-3153 | Patrick Coleman v. Gillette Co., Inc. |
| ~~NJ 2 05-3673~~ | ~~Joshua Vereb v. The Gillette Co.~~ Opposed 11/18/05 |
| ~~NJ 2 05-3706~~ | ~~David Delre v. The Gillette Co.~~ Opposed 11/18/05 |
| **OHIO NORTHERN** | |
| OHN 1 05-1946 | Robert Falkner v. The Gillette Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-4429 | Steve McGlynn v. The Gillette Co. |
| **TENNESSEE WESTERN** | |
| TNW 1 05-1153 | Holly Moore v. The Gillette Co. |
| TNW 2 05-2425 | Tracy Gorea v. The Gillette Co. |
| **TEXAS NORTHERN** | |
| TXN 3 05-1179 | Grant W. Jackson v. The Gillette Co. |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02425 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Robb S. Harvey
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Samuel Mays
US DISTRICT COURT